JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO FARIAS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COSTCO WHOLESALE<br>CORPORATION; A WA Corp;<br>COSTCO WHOLESALE<br>CORPORATION, A CA Corp; RAUL<br>DOE, an individual; and DOES 1 to 100,<br>Inclusive,<br><br>                    Defendants. | **Case No.  2:25-cv-08372-MAR**<br><br>*[Assigned to Hon. Margo A. Rocconi, Magistrate Judge]*<br><br>**[~~PROPOSED~~] ORDER**<br><br>State Action filed:  3/14/2025 |

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation and joint request of the parties:

1.  Plaintiff's total recovery in this action, if any, is capped at Seventy-Five Thousand Dollars ($75,000);

2.  Based on the parties' stipulation that the amount in controversy does not exceed $75,000, exclusive of interest and costs, the Court finds that it lacks subject-matter jurisdiction under 28 U.S.C. § 1332; and

-1-
[~~PROPOSED~~] ORDER

LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd, Suite 3225
Los Angeles, CA  90017

3.  This action is REMANDED to the Superior Court of California, County of Los Angeles, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**


Dated:  ___5/19/26_____          _____

HON. MARGO A. ROCCONI
MAGISTRATE JUDGE

LAGASSE BRANCH BELL + KINKEAD LLP
707 Wilshire Blvd, Suite 3225
Los Angeles, CA  90017

-2-
[PROPOSED] ORDER